19784—Nellie Schlenker v. Stanley G. Ferdon et. Motion for Hamilton Appeals to certify. Overruled. Dock. 6-1-26; 4 Abs. 380.

19792—Justus Goebel, Jr., et v. Joseph G. Hummel, Jr. Motion for Hamilton Appeals to certify. Overruled. Dock. 4-27-26; 4 Abs. 284.

19793—Rose Phillips et v. Sadie Zimet. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-27-26; 4 Abs. 284.

19795—Alfred Larkens et v. John J. Routson et. Motion by plaintiffs to dispense with printing record—if motion to certify be allowed. Allowed. Dock. 4-29-26; 4 Abs. 302.

19798—F. A. Koppe v. State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Hocking county. Overruled. Dock. 4-30-26; 4 Abs. 302.

19804—Alta F. Lentz v. John J. Lentz. Motion for Franklin Appeals to certify. Overruled. Dock. 5-4-26; 4 Abs. 302; OA. 2 Abs. 583; OA. 3 Abs. 231; OA. 3 Abs. 38; OS. Pend. 2 Abs. 630.

19805—Ohio Stock Food Co. v. Kate Gintling. Motion for Summit Appeals to certify. Overruled. Dock. 5-4-26; 4 Abs. 302.

19806—New York Life Ins. Co. v. Effie Richardson. Motion for Lucas Appeals to certify. Allowed. Dock. 5-6-26; 4 Abs. 302.

19807—Suburban Ice Mfg. & Cold Storage Co. v. Edward Mulvihill. Motion for Hamilton Appeals to certify. Overruled. Dock. 5-6-26; 4 Abs. 302.

19832—William H. Myers v. State of Ohio. Motion for leave to file petition in error to the Delaware Appeals. Overruled. Dock. 5-19-26; 4 Abs. 338.

19850—Louis W. Josephson v. State of Ohio. Motion for leave to file petition in error to the Franklin Appeals. Overruled. Dock. 5-28-26; 4 Abs. 358.

19878—Columbus Ry., Power & Light Co. v. Public Utilities Commission of Ohio. Motion for stay of execution. Overruled. Dock. 6-9-26; 4 Abs. 393.

New Edition

of

One Volume

# Throckmorton Code

Carries Index

like

# American Digest System

Get big allowance on old codes

**And Immediate Delivery of New**

from

W. HOWARD HAYNES

(I Help You Win)

710 Williamson Bldg.

Main 2479

Cleveland, Ohio.